IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRIAS HOLDING AG,<br><br>     Plaintiff,<br>v.<br><br>MCMOUTLETSTORES.US.ORG, et al.,<br><br>     Defendants. | Case No. 19-cv-00351<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Mary M. Rowland** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Trias Holding AG ("MCM" or "Plaintiff"), hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| IYAOLEE drop shipping Store | 41 |
| chenfengtang | 94 |

Dated this 4th day of April 2019.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Trias Holding AG*

1